IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:19-CV-220-WHA |
| | ) | |
| OFFICER GRIER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On March 29, 2019, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The plaintiff's claim as to humiliating and threatening language directed towards him by the defendant is summarily dismissed with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as this claim provides no basis for relief.

3.   The plaintiff's request for criminal prosecution of the defendant is summarily dismissed with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as this request is frivolous.

A separate Final Judgment will be entered.

DONE this 18th day of April, 2019.

/s/  W. Harold Abritton
SENIOR UNITED STATES DISTRICT JUDGE